No. 89–482. United States v. Washington, Individually and as Guardian ad Litem for Washington, a Minor. C. A. 9th Cir. Certiorari denied. ▮

No. 89–568. Chrysler Corp. et al. v. Smolarek et al. C. A. 6th Cir. Certiorari denied. ▮

No. 89–571. Administrators of the Tulane Educational Fund v. Presti et al. C. A. 5th Cir. Certiorari denied. ▮

No. 89–572. Helmsley et al. v. Beauford et al. C. A. 2d Cir. Certiorari denied. ▮

No. 89–578. Cain v. Larson, Police Chief, Village of Herscher, Illinois, et al. C. A. 7th Cir. Certiorari denied. ▮

No. 89–580. Abrams et al. v. Communications Workers of America, AFL–CIO. C. A. D. C. Cir. Certiorari denied. ▮

No. 89–582. Potts et al. v. Illinois Department of Registration and Education. Sup. Ct. Ill. Certiorari denied. ▮

No. 89–588. Noble v. McMillan et ux. Ct. App. La., 4th Cir. Certiorari denied. ▮

No. 89–590. Wilkinson v. Safeway Stores, Inc., et al. C. A. 9th Cir. Certiorari denied. ▮

No. 89–592. Gregory v. Gregory. Ct. App. Mo., Eastern Dist. Certiorari denied. ▮

No. 89–594. Lane et ux. v. Peterson et al. C. A. 8th Cir. Certiorari denied. ▮

No. 89–596. Brainis v. Jefferson Parish School Board et al. C. A. 5th Cir. Certiorari denied. ▮

No. 89–598. Pelsnik v. City of Fairview Park, Ohio. Ct. App. Ohio, Cuyahoga County. Certiorari denied.